UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEVI J. LAMBERT,

    Plaintiff,

v.       Case No. 1:12-cv-374
    Hon. Hugh W. Brenneman, Jr.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

The decision of the Commissioner is reversed pursuant to sentence four of 42 U.S.C. § 405(g) and the case is remanded to the Commissioner for further proceedings as outlined in the Opinion.

**IT IS SO ORDERED.**

Dated: September 25, 2013      /s/ Hugh W. Brenneman, Jr.
    HUGH W. BRENNEMAN, JR.
    United States Magistrate Judge